THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK R. HOLT, Appellant. [935 NYS2d 519]—

Memorandum: Defendant appeals from an order determining that he is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant failed to preserve for our review his contention that he was entitled to a downward departure from his presumptive risk level (*see People v Clark*, 66 AD3d 1366 [2009], *lv denied* 13 NY3d 713 [2009]; *People v Ratcliff*, 53 AD3d 1110 [2008], *lv denied* 11 NY3d 708 [2008]). In any event, that contention lacks merit "inasmuch as defendant failed to present clear and convincing evidence of special circumstances justifying a downward departure" (*People v McDaniel*, 27 AD3d 1158, 1159 [2006], *lv denied* 7 NY3d 703 [2006]). Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.